# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TARA JANE VAUGHN,           )
                                   )
           Plaintiff,      )
                                   )
            v.            )      1:21CV960
                                   )
TRACY NORWOOD and WASI HAQ,    )
                                   )
           Defendant.     )

## ORDER

The Recommendation of the United States Magistrate Judge, (ECF No. 34), was filed with the Court in accordance with 28 U.S.C. § 636(b) on April 25, 2023, with respect to Defendant's Motions, (ECF Nos. 28, 30). No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation and enters this Order in accordance with the Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's Motions, (ECF Nos. 28, 30), are **DENIED**.

This, the 22nd day of May 2023.

/s/ Loretta C. Biggs
United States District Judge